STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8047     AND FILED ON     9/14/2007

SELIM ZHERKA, ET AL                                                              Plaintiff(s)/Petitioner(s)

                              Vs.

RUSSELL MARTINEZ, ET AL                                                          Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                      )
                                                        ) SS
COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/25/2007 at 10:45AM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    RUSSELL MARTINEZ                                    (herein called recipient) therein named.
At Location:     C/O RIVERFRONT LIBRARY
                 ONE LARKIN PLAZA
                 YONKERS NY  10701

By delivering to and leaving with EDWARD FALCONE, DEPUTY DIRECTOR a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 9/26/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | GRAY |
| Age | 45/50 | Height | 5'11" | Weight | 170 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 9/26/2007

_Deiy Williams_                                         _John Axelrod_
                                                         John Axelrod

                                                         Server's License#:

STATE OF NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8047        AND FILED ON        9/14/2007

SELIM ZHERKA, ET AL                                                             Plaintiff(s)/Petitioner(s)
                                     Vs.
RUSSELL MARTINEZ, ET AL                                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK                           )
                                             ) SS
COUNTY OF WESTCHESTER                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/25/2007 at 10:45AM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    STEPHEN FORCE                                    (herein called recipient)
At Location:     C/O RIVERFRONT LIBRARY                            therein named.
                 ONE LARKIN PLAZA
                 YONKERS NY 10701

By delivering to and leaving with EDWARD FALCONE, DEPUTY DIRECTOR a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/26/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | GRAY |
| Age | 45/50 | Height | 5'11" | Weight | 170 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 9/26/2007

                                                              John Axelrod
                                                              Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8047   AND FILED ON   9/14/2007

SELIM ZHERKA, ET AL                                                    Plaintiff(s)/Petitioner(s)
                                Vs.
RUSSELL MARTINEZ, ET AL                                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) ss
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____9/25/2007_____ at _____10:45AM_____, deponent did serve the within process as follows:

Process Served:
Party Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES       (herein called
recipient)       EDWARD FALCONE                                          therein named.

At Location:     C/O RIVERFRONT LIBRARY
                 ONE LARKIN PLAZA
                 YONKERS NY 10701

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   _M_        Color of Skin   _WH_      Color of Hair      _GRAY_
Age   _45/50_    Height   _5'11"_          Weight             _170_
                 Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on   9/26/2007

_____                          _____
                                                    John Axelrod
                                                    Server's License#:

Notary Public