UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SELIM ZHERKA, and THE GURADIAN NEWS, INC.,

                        Plaintiffs,

      -against-

RUSSELL MARTINEZ, individually, STEPHEN FORCE, individually, and EDWARD FALCONE, individually,

                        Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 8047 (CLB)

***PLEASE TAKE NOTICE*** that Defendants RUSSELL MARTINEZ, STEPHEN FORCE and EDWARD FALCONE hereby appear in this action by the undersigned counsel. Service of all pleadings, papers and documents required to be served in this action should be served upon the undersigned counsel.

Dated:    White Plains, New York
            October 22, 2007

                                                **KEANE & BEANE, P.C.**

                            By:    _____
                                       Edward J. Phillips (EP 4825)
                                       Attorneys for Defendants
                                       445 Hamilton Avenue, Suite 1500
                                       White Plains, NY 10601
                                       (914) 946-4777

**TO:**    LOVETT & GOULD, LLP
           Attn: Jonathan Lovett, Esq.
           222 Bloomingdale Road
           White Plains, New York 10605
           Attorney for Plaintiffs