# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG+
DRITA NICAJ+

+also admitted in New Jersey

October 15, 2007

**VIA FAX**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

DOCKET IN CASE #
AS: Letter
DATE: _____ CLB/USDJ

Re: <u>Zherka v. Martinez</u>, 07 Civ. 8047 (CLB)

Dear Judge Brieant:

I am in receipt of Edward Phillips' requested for an extension of time in which to answer/move with respect the complaint in the above-referenced action. In that connection we consent.

Respectfully,

Jonathan Lovett

JL:clp
Cc: Edward J. Phillips, Esq.. fax: 914-946-6868