# KEANE & BEANE, P.C.

ATTORNEYS AT LAW
445 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 946-4777
TELEFAX (914) 946-6868
www.kblaw.com

**MEMO ENDORSED**

October 15, 2007

*Application Granted*
*So ORDERED*
*October 22, 2007  Charles Brieant*
*Charles Brieant USDJ*

**VIA FACSIMILE (914) 390-4085**

Hon. Charles L. Brieant, U.S.D.J.
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601-4150

> Re:   *Zherka and Guardian News, Inc. v. Martinez, et al.*
>        07 Civ. 8047 (CLB)

Dear Judge Brieant:

This firm is in the process of being retained as counsel to represent the Defendants in the above-referenced action. We respectfully request a 30-day extension of Defendants' time to answer or otherwise respond to the Complaint, the deadline for which is today.

Although Plaintiff's counsel has not returned my two voice mail messages or my letter to him dated October 1, 2007, I have no reason to believe he would oppose this request.

Thank you for your consideration.

Respectfully submitted,

Edward J. Phillips (EP 4825)

cc:   Jonathan Lovett, Esq.
       (via facsimile 428-8916)

1416/18/327494 V1 10/15/07