POLICY ON DELIVERING FREE NEWSPAPERS AND MAGAZINES

The mission of the Yonkers Public Library begins with a commitment to serve the community and foster the personal growth of its citizens. To advance these goals, the Library has had a long-standing informal tradition of distributing free community-based newspapers and magazines to its patrons. This Policy clarifies the guidelines that have been used, and will henceforth be used by the Library to accept and distribute these materials at all Library branches:

- Any person or company wishing to have the Library distribute its newspaper/magazines at any Library branch must provide the Library Director with seven (7) days notice in advance of the first day the person/company wishes to begin free distribution, together with a recent sample of the publication.

- The publications must be based in Westchester County and/or have content that is relevant to city or county residents, as determined by the Library Director. Publications with little or no editorial content (e.g. real estate or used car listings) will not be accepted.

- Only free publications will be permitted.

- The Library will choose the location(s) for the distribution of publications within each branch, and they will be placed only on Library-owned furniture or display furnishings. Under no circumstance will the Library permit outdoor furniture, including, but not limited to, newspaper boxes, inside any branch of the Library.

- The Library will accept reasonable quantities of newspapers and/or magazines and is not obligated to, nor will it, store excess quantities of publications that will not fit on the display shelves.

- Any publication may be refused if the Library Director determines that the Library, or any branch thereof, no longer has space for additional titles.

- Any publication that displays blatantly offensive language or images, in the judgment of the Library Director or Deputy Director, or advocates discrimination based on religion, race, gender, ethnicity or sexual orientation will be denied distribution.

- Any person, company, or group wishing to have their publication displayed must receive approval from the Library Director and acknowledge that they have read and agree to comply with the terms of this Policy. The attached Acknowledgment must be completed, signed, dated and returned to the Library Director before any publication will be displayed and distributed at any of the Library's branches.

- Failure to comply with the terms of this policy shall result in the loss of the privilege of free distribution of a newspaper/magazines, on a temporary or permanent basis, at the discretion of the Library Director. Any appeal of the permanent loss of distribution privileges must be made to the Board of Trustees, in writing, within fifteen (15) business days of the Library Director's decision to revoke distribution privileges. The Board shall issue a final determination within twenty (20) business days.

Adopted by the Library Board of Trustees on September 18, 2007

ACKNOWLEDGMENT
POLICY ON DISTRIBUTING FREE NEWSPAPERS AND MAGAZINES
YONKERS PUBLIC LIBRARY

Name _____

Title _____

Name of Publication _____
Name of Publishing Company _____

I, _____ (print name), have received and read the Yonkers Public Library's Policy on Distributing Free Newspapers and Magazines. I have been given a copy of this Policy, and I will be given a copy of this acknowledgement. I understand the terms and conditions of this Policy, and I agree to abide by same in requesting the Yonkers Public Library to distribute my newspaper/periodical, _____ (title of publication), in the following locations in the Yonkers Public Library:

_____

_____

_____.

I agree that if I wish to have the Yonkers Public Library distribute any other of my or my company's publications, or if I wish to place the above-indicated publication in more Library locations, I will request the same in writing and abide by the terms of the above-referenced Policy.

I understand that if any representatives of my publication or I fail to comply with the terms of this Policy, there may be temporary or permanent loss of the privilege of having the publication freely distributed in the Yonkers Public Library.

_____
Signature

_____
Date