# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+
DRITA NICAJ+

914-428-8401
FAX 914-428-8916

+also admitted in New Jersey

November 15, 2007

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: Zherka et al. v Martinez, et al.
07 Civ 8047 (CLB)

Dear Judge Brieant:

On consent of all parties I am writing to request an extension of the return date for Defendants' recently filed Motion to Intervene in the above captioned matter. The Plaintiffs will have until December 14, 2007 to respond, Defendants will have until December 28, 2007 to reply and the return date before the Court will be January 11, 2008.

Respectfully submitted,

Jonathan Lovett

JL:af
cc: Edward J. Phillips, Esq. by fax

*[Handwritten annotation: Application Granted / So Ordered / Nov. 28, 2007 / Charles L. Brieant / USDJ]*